ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Versatile Business Solutions, LLC | ) ASBCA No. 62689 |
| | ) |
| Under Contract No. W91QF5-18-F-0006 | ) |

APPEARANCE FOR THE APPELLANT:      Ms. Colette Posey Youngblood
                                                          President/CEO

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                                          Army Chief Trial Attorney
                                                          MAJ Nichole M. Venious, JA
                                                          Trial Attorney

ORDER OF DISMISSAL

On April 1, 2021, appellant informed the Board that it was "no longer pursuing the matter." We deem the appeal withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: April 5, 2021

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62686, Appeal of Versatile Business Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: April 6, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals